AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE October 29, 2007 |
| NAME OF SERVER (PRINT) ROSE I. METZGER | TITLE LEGAL ASSISTANT |

Check one box below to indicate appropriate method of service

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): USPS CERTIFIED MAIL # 7005 1160 0004 3935 9825

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES $5.55 | TOTAL $5.55 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on October 25, 2007        Rose I. Metzger
                Date                            Signature of Server

21 S. Section St., Fairhope, AL 36532
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.