| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _D Brown_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): D Brown<br>C. Date of Delivery: 10/25/07 |
| 1. Article Addressed to:<br><br>Ameriquest Mortgage Company<br>c/o National Registered Agents, Inc<br>150 S Perry St<br>Montgomery AL 36104-4227 | D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below:<br><br>3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☒ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 1160 0004 3935 9825 |

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

UNITED STATES POSTAL SERVICE

25 OCT 2007 PM

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

James D. Patterson
Law Offices of Earl P. Underwood, Jr.
21 South Section St.
Fairhope, AL  36532

07-127 WiJ C+S



Home | Help

**Track & Confirm**

## Track & Confirm

### Search Results

Label/Receipt Number: **7005 1160 0004 3935 9825**
Status: **Delivered**

Your item was delivered at 8:02 AM on October 25, 2007 in MONTGOMERY, AL 36104.

**Track & Confirm**

Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. 

| Site Map | Contact Us | Forms | Gov't Services | Jobs | Privacy Policy | Terms of Use | National & Premier Accounts |

**Copyright© 1999-2007 USPS. All Rights Reserved.**   No FEAR Act EEO Data   FOIA