IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOYCE WILLIAMS, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
|    v. | ) CASE NUMBER: 1:07-CV-0753-KD-C |
| | ) |
| AMERIQUEST MORTGAGE COMPANY, INC., | ) |
| | ) |
|    Defendant. | ) |

## NOTICE OF APPEARANCE

Comes now, Earl P. Underwood, Jr.. and files his appearance as additional counsel on behalf of Plaintiff in the above-styled case.

/s/ Earl P. Underwood, Jr.
Earl P. Underwood, Jr.
Attorney for Plaintiffs
Post Office Box 969
Fairhope, AL  36533-0969
(251) 990-5558 voice
(251) 990-0626 fax
epunderwood@alalaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

J Kenneth J. Riemer
Attorney at Law
P.O. Box 1206
Mobile AL 36633

Stephen J. Bumgarner
Burr & Forman LLP
3400 Wachovia Tower
420 North 20th St.
Birmingham AL 35203

/s/ Earl P. Underwood, Jr.
Earl P. Underwood, Jr.