IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOYCE WILLIAMS | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO. 07-0753-KD-C |
| | ) |
| AMERIQUEST MORTGAGE COMPANY, et al., | ) |
| Defendants | ) |

**ORDER**

This matter is before the Court on the plaintiff's motion to stay pending transfer of this action by the Multidistrict Litigation panel ("MDL") to the Northern District of Illinois (Doc. 5). In support thereof plaintiff has attached a copy of her notice of potential tag-along action filed with the MDL panel on October 24, 2007, requesting inclusion in MDL Case No. 1715, In Re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation. (Id.)

Upon consideration, the plaintiff's motion to stay is GRANTED. This action is hereby STAYED pending receipt of the MDL Panel's transfer order. This stay will remain in effect until the Court is notified of the MDL Panel's decision concerning transfer.

DONE and ORDERED this 7th day of November, 2007.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**