IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOYCE WILLIAMS, <br><br>  Plaintiff, <br><br> v. <br><br> AMERIQUEST MORTGAGE COMPANY, INC., <br><br>  Defendant. | CIVIL ACTION NO. <br> 1:07-cv-00753-KD-C |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

**COMES NOW** defendant, Ameriquest Mortgage Company, pursuant to Rule 6(b), Fed. R. Civ. P., and respectfully requests this Honorable Court to extend the time for it to file a response to plaintiff's Complaint by three (3) days. Plaintiff does not oppose such an extension and no party will be prejudiced by such an extension. This motion is being filed before the expiration of the period originally prescribed.

**WHEREFORE, PREMISES CONSIDERED**, Ameriquest Mortgage Company respectfully requests that this Court extend the deadline for it to file a response to plaintiff's Complaint by three (3) days.

Dated this 13th day of November, 2007.

1619647 v1

Respectfully submitted,

s/Stephen J. Bumgarner
Stephen J. Bumgarner (BUMGS2089)

Attorney for Defendant
Ameriquest Mortgage Company

**OF COUNSEL:**

BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama  35203
Telephone:  (205) 251-3000
Facsimile:  (205) 458-5100
sbumgarn@burr.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to the following:

Kenneth J. Riemer
P. O. Box 1206
Mobile, AL  36633

Earl P. Underwood
James D. Patterson
P. O. Box 969
Mobile, AL  36533

s/ Stephen J. Bumgarner
OF COUNSEL

1619647 v1                                    2