IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JOYCE WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NUMBER |
| | ) | |
| AMERIQUEST MORTGAGE COMPANY, | ) | 07-cv-00753-KD-C |
| | ) | |
| Defendant. | ) | |
| | ) | |

## DEFENDANT'S MOTION TO DISMISS

**COMES NOW** the defendant Ameriquest Mortgage Company, by and through its undersigned counsel, and, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, hereby moves this Honorable Court to dismiss the Complaint filed by plaintiff Joyce Williams. Per Local Rule 7.1(a), defendant's brief is being filed simultaneously with this motion.

Respectfully submitted,

s/Stephen J. Bumgarner
Stephen J. Bumgarner (BUMGS2089)

Attorney for Defendant
Ameriquest Mortgage Company

1620755 v1

**OF COUNSEL:**

BURR & FORMAN LLP
3400 Wachovia Tower
420 North 20th Street
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100
sbumgarn@burr.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to the following:

    Earl P. Underwood, Jr., Esq.
    James D. Patterson, Esq.
    Law Offices of Earl P. Underwood, Jr.
    21 South Section Street
    P.O. Box 969
    Fairhope, Alabama 36533-0969

    Kenneth J. Riemer, Esq.
    P.O. Bos 1206
    Mobile, Alabama 36633

    s/ Stephen J. Bumgarner
    OF COUNSEL