# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **JOYCE WILLIAMS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **CASE NUMBER** |
| | ) | |
| **AMERIQUEST MORTGAGE COMPANY,** | ) | **1:07-cv-00753-KD-C** |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## CORPORATE DISCLOSURE STATEMENT
## OF AMERIQUEST MORTGAGE COMPANY

The undersigned counsel of record for defendant Ameriquest Mortgage Company hereby certifies that the defendant's parent company is ACC Capital Holdings Corporation. No publicly held company owns 10% or more of Ameriquest Mortgage Company. The undersigned makes these representations in order for the Judges of this Court to evaluate possible disqualification or recusal.

Respectfully submitted,

s/Stephen J. Bumgarner
Stephen J. Bumgarner (BUMGS2089)

Attorney for Defendant
Ameriquest Mortgage Company

1621290 v1

**OF COUNSEL:**

BURR & FORMAN LLP
3400 Wachovia Tower
420 North 20th Street
Birmingham, Alabama  35203
Telephone:  (205) 251-3000
Facsimile:  (205) 458-5100
sbumgarn@burr.com

## CERTIFICATE OF SERVICE

     I hereby certify that on November 19, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to the following:

>Earl P. Underwood, Jr., Esq.
>James D. Patterson, Esq.
>Law Offices of Earl P. Underwood, Jr.
>21 South Section Street
>P.O. Box 969
>Fairhope, Alabama 36533-0969
>
>Kenneth J. Riemer, Esq.
>P.O. Box 1206
>Mobile, Alabama  36633

                        s/ Stephen J. Bumgarner
                        OF COUNSEL