IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOYCE WILLIAMS | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO. 07-0753-KD-C |
| | ) |
| AMERIQUEST MORTGAGE COMPANY, et al., | ) |
| Defendants | ) |

**ORDER**

On November 8, 2007 the court granted plaintiff's motion to stay this matter pending the transfer of this action by the Multidistrict Litigation panel ("MDL") to the Northern District of Illinois (Docs. 5, 6)[1]. Thereafter, on November 16, 2007, defendant, Ameriquest Mortgage Company, Inc., filed a motion to dismiss along with a brief in support. (Docs. 8, 9)[2] On November 26, 2007 an order was issued setting a response time to the motion to dismiss.

Defendant's motion to dismiss was filed in violation of the court's stay order and is therefore **STRICKEN.** In addition, the response order was entered erroneously and is also **STRICKEN.**[3]

---

[1] The order states, in part that "[t]his action is hereby STAYED pending receipt of the MDL Panel's transfer order. This stay will remain in effect until the Court is notified of the MDL Panel's decision concerning transfer." (Doc. 6)

[2] On November 13, 2007 defendant Ameriquest also filed an unopposed motion for extension of time in which to respond to plaintiff's complaint. (Doc. 7) As this motion was also filed *after* the court entered the stay order, is it likewise **STRICKEN.**

[3] Further, the Preliminary Scheduling Order (doc. 12) was also entered in error and is therefore **STRICKEN.**

DONE and ORDERED this 29th day of November, 2007.

                                        /s/ Kristi K. DuBose
                                        **KRISTI K. DuBOSE**
                                        **UNITED STATES DISTRICT JUDGE**