A CERTIFIED TRUE COPY

NOV 21 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**FILED**
**NOVEMBER 21, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV -5 2007

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE
LENDING PRACTICES LITIGATION
**DMK**

(SEE ATTACHED SCHEDULE)

MDL No. 1715

**07 C 6713**

**JUDGE ASPEN**

## CONDITIONAL TRANSFER ORDER (CTO-31)

On December 13, 2005, the Panel transferred five civil actions to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 408 F.Supp.2d 1354 (J.P.M.L. 2005). Since that time, 270 additional actions have been transferred to the Northern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable Marvin E. Aspen.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Aspen.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Illinois for the reasons stated in the order of December 13, 2005, and, with the consent of that court, assigned to the Honorable Marvin E. Aspen.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

NOV 21 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK

By s/ WILLIE A. HAYNES
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
DATE: DECEMBER 3, 2007

IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE
LENDING PRACTICES LITIGATION                                    MDL No. 1715

### SCHEDULE CTO-31 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| **ALABAMA SOUTHERN** | | |
| ALS 1 07-702 | Michael Manning v. Ameriquest Mortgage Co., et al. | 07cv6708 |
| ALS 1 07-703 | Stanley Daniels, et al. v. Ameriquest Mortgage Co., et al. | 07cv6709 |
| ALS 1 07-707 | Sharon W. Crawford v. Argent Mortgage Co. | 07cv6710 |
| ALS 1 07-709 | Allie Bell Snowden v. Ameriquest Mortgage Co. | 07cv6711 |
| ALS 1 07-748 | Curtis Rackley, et al. v. Ameriquest Mortgage Co. | 07cv6712 |
| ALS 1 07-753 | Joyce Williams v. Ameriquest Mortgage Co. | 07cv6713 |
| **MARYLAND** | | |
| MD 1 07-869 | Maura C. Burton v. Deutsche Bank National Trust Co., et al. | 07cv6714 |

| BKY. DIST. DIV. ADVY. # | CASE CAPTION |
|---|---|
| **MAINE** | |
| ~~ME 2 07-2087~~ | ~~Douglas B. Campbell, et al. v. Ameriquest Mortgage Co.~~ Opposed 11/21/07 |