CLOSED2007, R16MLD, STAYED

# U.S. District Court
## Southern District of Alabama (Mobile)
## CIVIL DOCKET FOR CASE #: 1:07–cv–00753–KD–C

| | |
|---|---|
| Williams v. Ameriquest Mortgage Company, Inc. | Date Filed: 10/19/2007 |
| Assigned to: Judge Kristi K. DuBose | Date Terminated: 12/05/2007 |
| Referred to: Magistrate Judge William E. Cassady | Jury Demand: Plaintiff |
| Cause: 15:1601 Truth in Lending | Nature of Suit: 371 Truth in Lending |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Joyce Williams**                    represented by   **Earl P. Underwood**
P. O. Box 969
Fairhope, AL 36533–0969
251–990–5558
Fax: 251–990–0626
Email: epunderwood@alalaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Donnie Patterson**
P.O. Box 969
Fairhope, AL 36533
251–990–5558
Email: jpatterson@alalaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth J. Riemer**
166 Government Street, Suite 100
Mobile, AL 36602
251–432–9212
Fax: 251–433–7172
Email: kjr@alaconsumerlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Ameriquest Mortgage Company, Inc.**           represented by   **Stephen James Bumgarner**
Burr &Forman LLP
3400 Wachovia Tower
420 North 20th Street
Birmingham, AL 35203
205–458–5355
Fax: 205–244–5611
Email: sbumgarn@burr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/22/2007 | " 1 | COMPLAINT against Ameriquest Mortgage Company, Inc. ( Filing fee $350 receipt number 531616, Online Credit Card Payment), filed by Joyce Williams. (Attachments: # 1 Supplement Summons) (Patterson, James) Additional attachment(s) added on 10/22/2007 (cmj, ). (Entered: 10/22/2007) |
| 10/22/2007 | " 2 | Summons Issued as to Ameriquest Mortgage Company, Inc.; mailed to Patterson for service (cmj) (Entered: 10/22/2007) |
| 10/29/2007 | " 3 | SUMMONS Returned Executed by Joyce Williams. Ameriquest Mortgage Company, Inc. served on 10/25/2007, answer due 11/14/2007. (Attachments: # 1 Supplement Green Card) (Patterson, James) (Entered: 10/29/2007) |
| 11/06/2007 | " 4 | NOTICE of Appearance by Earl P. Underwood on behalf of Joyce Williams (Underwood, Earl) (Entered: 11/06/2007) |
| 11/06/2007 | " 5 | MOTION to Stay by Joyce Williams. (Attachments: # 1 Exhibit A) (Underwood, Earl) (Entered: 11/06/2007) |
| 11/08/2007 | " 6 | ORDER granting 5 Motion to Stay pending receipt of MDL Panel's transfer order. Signed by Judge Kristi K. DuBose on 11/7/07. (cmj) (Entered: 11/08/2007) |
| 11/13/2007 | " 7 | Unopposed MOTION for Extension of Time by Ameriquest Mortgage Company, Inc.. (Bumgarner, Stephen) (Entered: 11/13/2007) |
| 11/16/2007 | " 8 | MOTION to Dismiss by Ameriquest Mortgage Company, Inc.. (Bumgarner, Stephen) STRICKEN PER 13 CASAE IS STAYED (Entered: 11/16/2007) |
| 11/16/2007 | " 9 | Brief re 8 MOTION to Dismiss. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C) (Bumgarner, Stephen) STRICKEN PER 13 CASE IS STAYED (Entered: 11/16/2007) |
| 11/19/2007 | " 10 | Disclosure Statement filed by Defendant Ameriquest Mortgage Company, Inc.. (Bumgarner, Stephen) (Entered: 11/19/2007) |
| 11/26/2007 | " 11 | Order Setting Motion Deadline re: 8 MOTION to Dismiss filed by Ameriquest Mortgage Company, Inc. Responses due by 12/4/2007. Signed by Judge Kristi K. DuBose on 11/26/07. (cmj) STRICKEN PER 13 CASE IS STAYED (Entered: 11/26/2007) |
| 11/26/2007 | " 12 | PRELIMINARY SCHEDULING ORDER enteredRule 26 Meeting Report due by 1/10/2008.. Signed by Judge William E. Cassady on 11/26/07. (Attachments: # 1 consent) (cmj) STRICKEN PER 13 CASE IS STAYED (Entered: 11/26/2007) |
| 11/29/2007 | " 13 | ORDER striking 8 Motion to Dismiss, 9 Brief 10 Response Order and 11 Preliminary Scheduling Order, as case is stayed.. Signed by Judge Kristi K. DuBose on 11/29/07. (cmj) (Entered: 11/29/2007) |
| 12/05/2007 | " 14 | Conditional Transfer Order (MDL) from requesting transfer of action. Entire case sent electronically to the Northern District of Illinois per instructions.(Attachments: # 1 Transfer Letter) (cmj) (Entered: 12/05/2007) |